Winkler *v.* Regency Builders, Inc., Appellant.

Before ROSENBERG, J., without a jury.

Argued March 19, 1969. *Stanley Frank,* with him *Frank & Margolis,* for appellant; *Myron H. Deutsch,* for appellee.

Judgment affirmed.